IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA

1578 EL JOBEAN LLC,

    Plaintiff(s),

vs.

                                 CASE NO.: 23004384CA

ATAIN SPECIALTY INSURANCE
COMPANY,

    Defendant.

_____

## COMPLAINT

Plaintiff(s), 1578 EL JOBEAN LLC, sues Defendant, ATAIN SPECIALTY INSURANCE COMPANY (the "Insurance Company"), and alleges as follows:

1. This action is within the jurisdiction of this court for damages in excess of Fifty Thousand and 00/100 Dollars ($50,000), exclusive of attorneys' fees, costs, and prejudgment interest.

2. At all material times, Plaintiff(s) resided and continues to reside in Charlotte County, Florida.

3. The Insurance Company is a corporation licensed to do business in Florida and, at all material times hereto, has been conducting business in Charlotte County, Florida.

4. Venue is proper in Charlotte County, Florida because the contract, which forms the subject matter of this lawsuit, was executed in Charlotte County, Florida.

5. At all material times, Plaintiff(s) entered into an insurance contract with the Insurance Company bearing policy number CIP720236 (the "Policy"), which provided property

insurance for Plaintiff(s)' property located at 1578 El Jobean Rd, Port Charlotte, FL 33948 (the "Property").

6. The Policy provided insurance coverage for the Property at all relevant times.

7. On or around September 28, 2022, the Property suffered substantial damage as a result of Wind (Hurricane Ian).

8. The Policy provided coverage for all of the losses, damages, and expenses that Plaintiff(s) suffered and incurred.

9. In accordance with the terms and conditions of the Policy, Plaintiff(s) properly and timely notified the Insurance Company of their claim.

10. The Insurance Company acknowledged Plaintiff(s)' claim and assigned claim number 2201725 (the "Claim").

11. Thereafter, the Insurance Company improperly denied and/or underpaid Plaintiff(s)' Claim.

12. To date, the Insurance Company has failed and continues to refuse to adequately compensate Plaintiff(s) for the damage to the Property.

13. Plaintiff(s) has complied with all terms and conditions of the Policy, and all conditions precedent to the bringing of this action have been performed, waived, or excused.

14. Plaintiff(s) hired undersigned counsel for representation in this action and is obligated to pay attorneys a reasonable fee for their services.

15. Pursuant to Florida Statutes, section 627.70152, 627.428, 626.9373, 57.041, and/or other Florida Law, Plaintiff(s) is entitled to recover the legal fees incurred in bringing this action.

**COUNT 1 — BREACH OF CONTRACT**

16. Plaintiff(s) reincorporates paragraph 1 through 15 as if fully set forth herein.

17. It is undisputed that Plaintiff(s) and the Insurance Company entered into a written contract, the Policy, wherein Plaintiff(s) agreed to pay a premium and the Insurance Company agreed to insure Plaintiff(s)' Property.

18. The Insurance Company has wrongfully denied the covered loss in its entirety and/or willfully refused to pay the full extent of the costs of repairs for the Claim, which are covered under the Policy. As a result, the Insurance Company has materially breached the Policy.

19. The Insurance Company's duty to provide coverage for the Claim is a condition precedent for Plaintiff(s) to receive the insurance benefits to which they are entitled under the terms of the Policy.

20. As of the date of the filing of this lawsuit, the Insurance Company has failed to (i) pay the real cost of repairs; and/or (ii) acknowledge or deny the cost of repairs as estimated; and/or (iii) make any payment of insurance proceeds to Plaintiff(s) for the cost of repairs as estimated. As a result of the foregoing, the Insurance Company has materially breached the Policy.

21. As a direct and proximate result of the Insurance Company's breach of the Policy, Plaintiff(s) has suffered and continues to suffer damages, exclusive of costs and attorneys' fees, within the jurisdictional limits of this Court.

WHEREFORE, Plaintiff(s) demands entry of a judgment in their favor and against the Defendant for all damages, including pre judgment and post judgment interest, attorneys' fees, costs, and such other relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff(s) demands a trial by jury of all issues so triable as a matter of right.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of this document has been filed via the Florida Courts E-Filing Portal and will be served on the Defendant along with the Summons in this action.

Dated this 17th day of November, 2023.

                Respectfully Submitted,
                **Tarrash and Tarrash,**
                *Attorneys for Plaintiffs)*
                4000 Hollywood Blvd., Suite 555 #1736
                Hollywood, FL 33021
                Telephone: (954) 666-5881

                By: /s/ Erik S. Tarrash
                Erik S. Tarrash, Esq.
                Florida Bar No. 1010446
                Email: etarrash@tarrashlaw.com
                Bradley M. Tarrash, Esq.
                Florida Bar No. 1000540
                Email: btarrash@tarrashlaw.com
                E-service: service@tarrashlaw.com