# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

Case No.: 2:23-cv-01198-JLB/NPM

1578 EL JOBEAN LLC,

    Plaintiff,

vs.

ATAIN SPECIALTY INSURANCE COMPANY,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Pursuant to L.R. 3.09, the Parties jointly file this Notice of Settlement to provide notice that they resolved this matter in principle on May 13, 2024. The Parties respectfully request that this Court retain jurisdiction to enforce the terms of the settlement.

This 13th day of May, 2024.

| | |
|---|---|
| **TARRASH & TARRASH** | **WOOD, SMITH, HENNING & BERMAN LLP** |
| */s/ Eric S. Tarrash, Esq.* | */s/ Richard E. Zelonka, Jr.* |
| Erik S. Tarrash, Esq. | Richard E. Zelonka, Jr. |
| FBN: 1010446 | FBN: 0656941 |
| 4000 Hollywood Blvd, Suite 555#1736 | 1230 Peachtree Street, Suite 2350 |
| Hollywood, FL 33021 | Atlanta, Georgia 30309 |
| Etarrash@tarrashlaw.com | Telephone: 470-552-1150 |
| btarrash@tarrashlaw.com | Fax: 470-552-1151 |
| Service@tarrashlaw.com | rzelonka@wshblaw.com |
| *Counsel for Plaintiff,* | lnurse@wshblaw.com |
| *1578 El Jobean LLC* | *Counsel for Defendant,* |
| | *Atain Specialty Insurance Company* |